DONALD P. EICHHORN (State Bar No. 139863)
donald.eichhorn@wilsonelser.com
LILLA SHKOLNIKOV (State Bar No. 219484)
lilla.shkolnikov@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant,
Samsung Electronics America, Inc. and
Samsung Electronics Co., Ltd.

*APPROVED*
*Judge Beth Labson Freeman*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRANDON COVERT, an individual; JENNIFER COVERT, an individual; <br><br> Plaintiff(s), <br><br> vs. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. a New York Corporation; and SAMSUNG ELECTRONICS CO., LTD., a Foreign Corporation, <br><br> Defendants. <br><br> RELATED CASE: <br> DEMETRIUS MARTIN, et al. vs. SAMSUNG ELECTRONICS AMERICA, INC., et al. | Case No. 5:16-cv-06041-BLF <br><br> [~~PROPOSED~~] SCHEDULING ORDER <br><br><br> Judge:        The Hon. Beth L. Freeman <br> Courtroom.:  3 <br><br> Action Date:  October 19, 2016 <br> Trial Date:   September 30, 2019 |

Pursuant to the Court's Case Management Order ("CMO") issued on February 23, 2017, the parties have met and conferred on multiple occasions but have been unable to come to an agreement on the dates required by the Case Management Order. As such, Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. submit their [Proposed] Scheduling Order, as follows:

**SCHEDULING**

| | |
|---|---|
| **Last Day to Amend Pleadings** | April 24, 2017 (per CMO) |
| **Fact Discovery Cut-Off** | October 31, 2018 |
| **Last Day to File Motion to Compel Fact Discovery** | November 7, 2018 (per ND CA Rule 37-3) |
| **Last Day to Designate Experts** (per FRCP 26(a)(B)(2)(b), must be accompanied by written report) | December 3, 2018 |
| **Last Day to Designate Rebuttal Experts** | January 4, 2019 |
| **Expert Discovery Cut-Off** | February 1, 2019 |
| **Last Day to File Motion to Compel Expert Discovery** | February 8, 2019 (Per ND CA Rule 37-3) |
| **Last Day to Hear Dispositive Motions** | May 2, 2019 (per CMO) |
| **Last Day to Meet and Confer Prior to Final Pretrial Conference** | July 25, 2019 (per standing order) |
| **Last Day to Submit Joint Pretrial Statement** | August 1, 2019 (per standing order) |
| **Last Day to File/Serve Motions in Limine** | August 1, 2019 (per standing order) |
| **Final Pretrial Conference** | August 15, 2019 (per CMO) |
| **Trial** | September 30, 2019 (per CMO) |

Dated:  March 24, 2017          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: ___/s/ Donald P. Eichhorn___
Donald P. Eichhorn
Lilla Shkolnikov
Attorneys for Defendants SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.